# Exhibit A

## to Movant's Motion to Quash

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO.: 1:20-CV-20961-KMW**

SILVA HARAPETI,
and other similarly situated individuals,

    Plaintiff,

vs.

CBS TELEVISION STATIONS INC.,
and CBS BROADCASTING, INC.,

    Defendant.
_____/

## SUBPOENA FOR DEPOSITION

| | |
|---|---|
| **TO:**   **David Friend**<br>    █ W. 89 Street █<br>    New York, NY 10024 | **William V. Roppolo, Esq.**<br>william.roppolo@bakermckenzie.com<br>**Benjamin C. Davis, Esq.**<br>benjamin.davis@bakermckenzie.com<br>**BAKER & MCKENZIE LLP**<br>Sabadell Financial Center<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131<br>Telephone: (305) 789-8900<br>Facsimile: (305) 789-8953<br><br>**Blair J. Robinson (Pro Hac Vice)**<br>blair.robinson@bakermckenzie.com<br>**Paul C. Evans (Pro Hac Vice)**<br>paul.evans@bakermckenzie.com<br>**BAKER & MCKENZIE LLP**<br>452 Fifth Avenue<br>New York, NY 10018<br>Telephone: (212) 626-4100<br>Facsimile: (212) 310-1632<br><br>*Attorneys for CBS Television Stations, Inc.* |

**YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

*PLACE:*

    Via Zoom Videoconference
    https://proceedings.veritext.com/?token=38ea4bdb586a6b33ae44d776350e75da

*DATE AND TIME:*

**Tuesday, August 10th, 2021 at 10:00 a.m.**

    You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

    If you <u>fail</u> to: (1) appear as specified; or (ii) object to this subpoena, you may be in contempt of Court. You are subpoenaed by the attorney whose name appears on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

*ISSUING OFFICER SIGNATURE AND TITLE*

<u>/s/ Peter M. Hoogerwoerd</u>
Peter M. Hoogerwoerd

July 27, 2021

*ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER*
Peter M. Hoogerwoerd, Esq.
Fla. Bar No.: 0188239
pmh@rgpattorneys.com
**Remer & Georges-Pierre, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
(305) 416-5000- Telephone
(305) 416-5005- Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Electronic Mail to all parties and/or their counsel on the attached Service List in compliance with Florida Rule of Judicial Administration 2.516 this 27th day of July of 2021.


**William V. Roppolo, Esq.**
william.roppolo@bakermckenzie.com
**Benjamin C. Davis, Esq.**
benjamin.davis@bakermckenzie.com
**BAKER & MCKENZIE LLP**
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8900
Facsimile: (305) 789-8953

**Blair J. Robinson (Pro Hac Vice)**
blair.robinson@bakermckenzie.com
**Paul C. Evans (Pro Hac Vice)**
paul.evans@bakermckenzie.com
**BAKER & MCKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4100
Facsimile: (212) 310-1632

*Attorneys for CBS Television Stations, Inc.*

**David Friend**
■■■■■■■■■■■■■■■■■■
■■■■■■■■■■

        /s/ Peter M. Hoogerwoerd
        Peter M. Hoogerwoerd, Esq.
        Fla. Bar No.: 0188239
        pmh@rgpattorneys.com
        ***Remer & Georges-Pierre, PLLC***
        44 West Flagler Street, Suite 2200
        Miami, FL 33130
        (305) 416-5000- Telephone
        (305) 416-5005- Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO.: 1:20-CV-20961-KMW**

SILVA HARAPETI,
and other similarly situated individuals,
    Plaintiff,

vs.

CBS TELEVISION STATIONS INC.,
and CBS BROADCASTING, INC.,
    Defendant.
_____/

## NOTICE OF TAKING DEPOSITION

TO:    William V. Roppolo, Esq.
        william.roppolo@bakermckenzie.com
        Benjamin C. Davis, Esq.
        benjamin.davis@bakermckenzie.com
        BAKER & MCKENZIE LLP
        Sabadell Financial Center
        1111 Brickell Avenue, Suite 1700
        Miami, Florida 33131
        Telephone: (305) 789-8900
        Facsimile: (305) 789-8953

        Blair J. Robinson (Pro Hac Vice)
        blair.robinson@bakermckenzie.com
        Paul C. Evans (Pro Hac Vice)
        paul.evans@bakermckenzie.com
        BAKER & MCKENZIE LLP
        452 Fifth Avenue
        New York, NY 10018
        Telephone: (212) 626-4100
        Facsimile: (212) 310-1632

        *Attorneys for CBS Television Stations, Inc.*

      PLEASE TAKE NOTICE that at the following location, on **Tuesday, August 10th, 2021 at 10:00 a.m.** the undersigned attorney for Plaintiff in the above-styled cause will, for the purpose of discovery, by oral examination take the following depositions:

**Time/Deponent:**     10:00A.M. – David Friend

**Location:**     Via Zoom Videoconference
     https://proceedings.veritext.com/?token=38ea4bdb586a6b33ae44d776350e75da

    The deposition may continue from day to day until completed. The deposition will be taken before an officer authorized to record the testimony. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, before VERITEXT, Notary Public, or before some other officer authorized by law to administer oaths, who is not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested in the action, and pursuant to adjournments, if any, by said officer until said testimony shall be completed. You are hereby notified to be present at the time and place stated, if you so desire.

Dated June 15, 2021

    Respectfully submitted,

/s/ Peter M. Hoogerwoerd
Peter M. Hoogerwoerd, Esq
Fla. Bar No.: 0188239
pmh@rgpattorneys.com
***Remer & Georges-Pierre, PLLC***
44 West Flagler Street, Suite 2200
Miami, FL 33130
(305) 416-5000- Telephone
(305) 416-5005- Facsimile

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Electronic

Mail to all parties and/or their counsel on the attached Service List in compliance with Florida

Rule of Judicial Administration 2.516 this 15th Day of June of 2021.

William V. Roppolo, Esq.
william.roppolo@bakermckenzie.com
Benjamin C. Davis, Esq.
benjamin.davis@bakermckenzie.com
BAKER & MCKENZIE LLP
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8900
Facsimile: (305) 789-8953

Blair J. Robinson (Pro Hac Vice)
blair.robinson@bakermckenzie.com
Paul C. Evans (Pro Hac Vice)
paul.evans@bakermckenzie.com
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4100
Facsimile: (212) 310-1632

*Attorneys for CBS Television Stations, Inc.*

/s/ Peter M. Hoogerwoerd
Peter M. Hoogerwoerd, Esq.
Fla. Bar No.: 0188239
pmh@rgpattorneys.com
***Remer & Georges-Pierre, PLLC***
44 West Flagler Street, Suite 2200
Miami, FL 33130
(305) 416-5000- Telephone
(305) 416-5005- Facsimile