# Exhibit D

## to Movant's Motion to Quash

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO: _____

IN RE: MOTION TO QUASH
SUBPOENA FOR DEPOSITION
SERVED ON DAVID FRIEND
_____/

## DECLARATION OF DAVID FRIEND

DAVID FRIEND, being duly sworn deposes and states:

1. My name is David Friend. I submit this declaration in support of the Motion to Quash or, in the Alternative, Motion for Protective Order filed by CBS Television Stations, Inc., *et al.* in the above-captioned matter. I have personal knowledge regarding the matters set forth herein.

2. I am the former News Director at WCBS in New York City. Over time, in addition to that role, I also became Senior Vice President of News within the "CBS Television Stations" business unit at ViacomCBS (the "CBS Television Stations Group").

3. During my tenure, CBS Television Stations Group was comprised of numerous local stations operating in different cities throughout the United States. Of those local stations, 13 of them had news departments. One of those news departments was at WCBS in New York City where, as noted above, I was the News Director.

1

4. In my role as Senior Vice President of News for the CBS Television Stations Group, I was responsible for providing certain consultation to the other 12 local news departments, each of which had its own News Director and General Manager who ran those news departments.

5. One of the other 12 local news departments is WFOR-TV ("WFOR") in Miami, Florida.

6. As Senior Vice President of News for the CBS Television Stations Group, I was not involved in the day-to-day management of personnel at any of those 12 local news departments, including WFOR. Personnel decisions at those 12 local news departments were made by the local News Director and the local General Manager.

7. Moreover, in my role as Senior Vice President of News for the CBS Television Stations Group, at no time did I have authority to hire or fire any personnel, or make determinations concerning pay, schedules, or requests for promotions, at those 12 local news departments.

8. The news directors at the 12 other local news departments would, from time to time, consult with me regarding the hiring of certain high-ranking talent – namely anchors and senior, full-time reporters – at their respective television stations. Only on rare occasions was I ever asked for input concerning any freelancer.

9. To the best of my recollection, as Senior Vice President of News for the CBS Television Stations Group, I was never consulted on, or otherwise involved in,

2

personnel decisions involving freelance ("per diem") news reporters or producers at WFOR. (For a brief two weeks in January 2021, after the News Director at WFOR (Liz Roldan) resigned, I served as interim News Director at WFOR, and may have authorized the hiring of a freelancer during that two-week period.)

10. I have never met Silva Harapeti. In fact, I first heard the name "Silva Harapeti" in January 2021 during my two-week stint as interim News Director at WFOR.

11. I was never involved in, and have no knowledge of, anything relating to Ms. Harapeti's employment at WFOR, including any decisions regarding Ms. Harapeti's hiring, pay, schedule, or requests for promotions she may have made while employed at WFOR. My only knowledge of any complaint she may have made while employed at WFOR is that, while I was interim News Director at WFOR for two weeks in January 2021, an HR representative there told me that Ms. Harapeti had claimed that she was not paid for certain work.

12. I have never heard of Kara Kostanish, Maggie Newland, Rielle Creighton, Amber Diaz, or Oralia Ortega. Therefore, I obviously was not involved in, and have no knowledge of, decisions regarding any of their employment at WFOR, including their hiring, and/or pay.

13. I do recall hearing the names Tiani Jones, Hank Tester, David Sutta, Ted Scouten, and Cary Codd. However, to the best of my knowledge, Liz Roldan (the News Director at WFOR) never sought to consult with me regarding any of

those individuals in any respect, and thus I was not involved in, and have no knowledge of, decisions regarding their employment at WFOR, including their hiring, and/or pay.

14. Similarly, I have heard of Summer Knowles and Lauren Pastrana. To the best of my recollection, both were hired by Liz Roldan, but I do not have a specific recollection of her seeking my input concerning their potential hiring. To be sure, as noted above, as Senior Vice President of News for the CBS Television Stations Group, I had no hiring or firing authority at WFOR; Ms. Roldan (as News Director) and Adam Levy (General Manager) made all such personnel decisions at WFOR, including with respect to Summer Knowles and Lauren Pastrana.

15. Of course, I was not involved in any way in determining the overtime eligibility of freelance news reporters and producers at WFOR.

16. On August 7, 2021, a subpoena was delivered to the doorman of the building in New York City located at 205 West 89th Street, in which my wife and I own an apartment. At no point have I authorized the doorman to accept service of legal documents on my behalf. West 89th Street is not my permanent residence.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18 day of August, 2021.

By: _____
DAVID FRIEND

4