UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SILVA HARAPETI,<br><br>                              Plaintiff,<br><br>                    -v-<br><br>CBS TELEVISION STATIONS INC. et al,<br><br>                              Defendants. | 21 Misc. 680 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On August 18, 2021, CBS Television Stations Inc., CBS Broadcasting, Inc., and CBS Corporation (together "Movants") filed a motion to quash.  Dkt. 1.  Silva Harapetri is directed to respond by August 24, 2021.  Movants are directed to serve this Order on Harapeti and to file an affidavit of that service on the docket of this case by August 20, 2021.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: August 19, 2021
　　　　New York, New York