**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO: 21-mc-00680**

SILVA HARAPETI,

    Plaintiff,

v.

CBS TELEVISION STATIONS INC., *et al.*,

    Defendants.
_____/

IN RE: MOTION TO QUASH
SUBPOENA FOR DEPOSITION
SERVED ON DAVID FRIEND
_____/

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CBS Television Stations Inc., CBS Broadcasting, Inc., and CBS Corporation, certifies that the following are corporate parents, affiliates, and/or subsidiaries of said parties, which are publicly held: ViacomCBS Inc.

Respectfully submitted this 19th day of August, 2021.

                                              BAKER & MCKENZIE LLP
                                              452 Fifth Avenue
                                              New York, NY 10018
                                              Telephone: (212) 626-4100
                                              Facsimile: (212) 310-1632

                                              By: /s/ *Blair J. Robinson*
                                              Blair J. Robinson, Esq.
                                              New York Bar No. 5361209
                                              blair.robinson@bakermckenzie.com

1

Paul C. Evans, Esq.
New York Bar No. 5824438
paul.evans@bakermckenzie.com

*Attorneys for CBS Television Stations Inc., et al.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via email.

By: /s/ *Blair Robinson*
Blair J. Robinson, Esq.

## SERVICE LIST

### SILVA HARAPETI

v.

### CBS TELEVISION STATIONS INC., *et al.*,

### (IN RE: MOTION TO QUASH SUBPOENA FOR DEPOSITION SERVED ON DAVID FRIEND)

### CASE NO: 21-mc-00680

### UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Peter M. Hoogerwoerd, Esq.
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
pmh@rgpattorneys.com
Phone: (305) 416-5000
Facsimile: (305) 416-5005

*Attorney for Silva Harapeti*