UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SILVA HARAPETI,<br><br>Plaintiff,<br><br>- against -<br><br>CBS TELEVISION STATIONS INC., *et al.*<br><br>Defendants. | CASE NO: 21-mc-00680<br><br>IN RE: MOTION TO QUASH SUBPOENA FOR DEPOSITION SERVED ON PETER DUNN |

**AFFIDAVIT OF SERVICE IN RESPONSE
TO THIS COURT'S ORDER (ECF NO. 3)**

BLAIR ROBINSON, ESQ., being duly sworn deposes and states:

1. My name is Blair Robinson. I am an attorney admitted to practice before the United States District Court for the Southern District of New York. I am counsel in the above-captioned matter for CBS Television Stations Inc., CBS Broadcasting, Inc., and CBS Corporation (collectively, "Movant" or "CBS"). I have personal knowledge regarding the matters set forth herein, and submit this declaration in response to this Court's Order (ECF No. 3), which instructed Movant to serve the Court's Order dated August 19, 2021 (ECF No. 3) on Plaintiff Silva Harapeti and file an affidavit of that service on the docket by August 20, 2021.

2. I certify that on August 19, 2021, the Court's Order (ECF No. 3) was served on Peter M. Hoogerwoerd, Esq., counsel for Plaintiff Silva Harapeti, via email.

I declare under penalty of perjury that the foregoing is true and correct.

                Executed on August 18, 2021.

By: _____
                BLAIR J. ROBINSON, ESQ.

Respectfully submitted this 19th day of August, 2021.

        BAKER & MCKENZIE LLP
        452 Fifth Avenue
        New York, NY 10018
        Telephone: (212) 626-4100
        Facsimile: (212) 310-1632

        By:  /s/ *Blair J. Robinson*
        Blair J. Robinson, Esq.
        New York Bar No. 5361209
        blair.robinson@bakermckenzie.com

        Paul C. Evans, Esq.
        New York Bar No. 5824438
        paul.evans@bakermckenzie.com

        *Attorneys for CBS Television Stations Inc., et al.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via email.

By: /s/ *Blair Robinson*
Blair J. Robinson, Esq.

## SERVICE LIST

**SILVA HARAPETI**

v.

**CBS TELEVISION STATIONS INC.,** *et al.***,**

**(IN RE: MOTION TO QUASH SUBPOENA
FOR DEPOSITION SERVED ON DAVID FRIEND)**

**CASE NO: 21-mc-00680**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Peter M. Hoogerwoerd, Esq.
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
pmh@rgpattorneys.com
Phone: (305) 416-5000
Facsimile: (305) 416-5005

*Attorney for Silva Harapeti*