UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO: 1:21-mc-00680-PAE

IN RE: MOTION TO QUASH SUBPOENA
FOR DEPOSITION SERVED ON DAVID
FRIEND
_____/

**DAVID FRIEND'S NOTICE OF JOINDER IN MOTION
TO QUASH FED. R. CIV. P. 45 SUBPOENA FOR DEPOSITION
DIRECTED TO DAVID FRIEND OR, IN THE
ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**

COMES NOW David Friend, by and through the undersigned counsel, who hereby submits this Notice of Joinder, advising the Court that Mr. Friend hereby joins and adopts the requests for relief, insofar as premised on facts of which he has personal knowledge, presented in the Motion to Quash Federal Rule of Civil Procedure 45 Subpoena for Deposition Directed to David Friend or, in the Alternative, Motion for Protective Order ("the Motion") filed by CBS Television Stations Inc., CBS Broadcasting, Inc., and CBS Corporation. Mr. Friend respectfully requests that this Court grant the Motion in its entirety, and grant all further relief as is deemed just and proper.

Dated:  New York, New York
        August 26, 2021

**PARKER POHL LLP**

By: _____
     David M. Pohl (DP-8609)

99 Park Avenue, Suite 1510
New York, New York 10016
(212) 202-1614
(646) 924-3100 (fax)
david.pohl@parkerpohl.com

*Attorneys for David Friend*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via email.

By: _____

## SERVICE LIST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO: 1:21-mc-00680-PAE

IN RE: MOTION TO QUASH SUBPOENA
FOR DEPOSITION SERVED ON DAVID FRIEND

Related Case Pending in the United States District Court
for the Southern District of Florida styled *Silva Harapeti
v. CBS Television Stations Inc., et al.*, No. 20-cv-22995-KMW

Peter M. Hoogerwoerd, Esq.
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
pmh@rgpattorneys.com
Phone: (305) 416-5000
Facsimile: (305) 416-5005
– *and* –
Shelly L. Friedland, Esq.
TRIEF & OLK
750 Third Avenue, Suite 2902
New York, NY 10017
sfriedland@triefandolk.com
Phone: (212) 486-6060
Facsimile: (212) 317-2946

*Attorneys for Silva Harapeti*


Blair J. Robinson, Esq.
Paul C. Evans, Esq.
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
blair.robinson@bakermckenzie.com
paul.evans@bakermckenzie.com
Telephone: (212) 626-4100
Facsimile: (212) 310-1632
*Attorneys for CBS Television Stations, Inc. et al.*