UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SILVA HARAPETI,

                                        Plaintiff,

                    -v-

CBS TELEVISION STATIONS INC. et al.,

                                        Defendants.

---

21 Misc. 680 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

        The Court has received a motion to quash a subpoena directed to David Friend.  The

Court notifies the parties that it intends to grant this motion and quash the subpoena.  An opinion

to this effect will follow.

        SO ORDERED.

                                            _____
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: August 30, 2021
        New York, New York